EDITH W. CRAWFORD, Appellant, v. LEONARD D. ALLEN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GARCIA, Appellant.— Judgment reversed and the information dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., and O'Malley, J., dissent and vote for affirmance.

McMILLAN REALTY & CONSTRUCTION CO., INC., Respondent, v. D. A. SCHULTE, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA YOUKNOT, as Administratrix, etc., of JOHN YOUKNOT, Deceased, Respondent, v. GEORGE WATTERS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA YOUKNOT, as Administratrix, etc., of JOHN YOUKNOT, Deceased, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [158 Misc. 83.]

VINCENT QUATRARO, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FRANK GULDEN, as Trustee, etc., of CHARLES GULDEN, JR., Deceased, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JEAN B. BERDELL and Another, Appellants, v. ROYAL C. VAN ETTEN, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

OWNERS & TENANTS ELECTRIC CO., INC., Appellant, v. CARL TOBIAS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THERESA GIANNETTI, Respondent, v. THE MORRIS PLAN COMPANY OF NEW YORK and Another, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,225.05; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.